AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

V.

Mark S. Garland

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12412 JLT

TO: (Name and address of Defendant)

Mark S. Garland
34 Woodbury Avenue
Lynn, MA 01905

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE DEC 01 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

TRA

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

March 8, 2004

I hereby certify and return that on 3/5/2004 at 05:00 pm I served a true and attested copy of the summons, complaint, civil cover sheet, corporate disclosure, case cover sheet and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of MARK S. GARLAND, 34 Woodbury Avenue, Lynn, MA 01905, and by mailing 1st class to the above address on 3/8/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($6.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $40.90

Deputy Sheriff Raymond Therrien

*Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.