UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

DIRECTV, Inc., a California Corporation, )
)
Plaintiff, )
)
v. )
)
MARK S. GARLAND, AND JOHN DOES )
1-3, )
)
Defendants. )
)

NO. 03-12412 JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my Appearance on behalf of the Defendant, Mark S. Garland in the above referenced matter.

Dated this 6th day of July, 2004.

Respectfully submitted
Defendant, by his attorney,

_____
Ronald P. Passatempo, Esquire
LAW OFFICES OF RONALD P. PASSATEMPO
23 Forest Street
Medford, MA 02155
BBO #632508
Phone: 781-395-7678