UNTED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03-12412-JLT

| | |
|---|---|
| DIRECTV, Inc., a California Corporation, | ) |
| Plaintiff, | ) |
| v. | ) |
| MARK S. GARLAND, AND JOHN DOES 1-3, | ) |
| Defendants. | ) |

## ANSWER TO COMPLAINT

Defendant, MARK S. GARLAND, by his attorney, Ronald P. Passatempo, hereby answers Plaintiff, DIRECTV, Inc.'s Complaint filed herein as follows:

### PRELIMINARY STATEMENT

1. Defendant acknowledges Plaintiff's preliminary statement in Paragraph 1 of its Complaint, however, denies that any of the allegations set forth therein may apply to him directly.

2-5. Defendant acknowledges Plaintiff's Paragraphs 2, 3, 4 and 5 with regard to the factual information contained therein but denies that any of the allegations apply directly to him.

### PARTIES

6. Defendant admits the allegations of paragraph 6 of Plaintiff's Complaint.

7. Defendant admits that he is a resident of the Commonwealth of Massachusetts.

8. Defendant denies the allegations of Paragraph 8 of Plaintiff, DIRECTV's Complaint.

### JURISDICTION AND VENUE

9. Defendant MARK S. GARLAND admits the allegations of Paragraph 9 of Plaintiff' DIRECTV'S Complaint

10. Defendant, MARK S. GARLAND is without knowledge or information sufficient to form a belief as to the truths of paragraph 10.

11. Defendant MARK S. GARLAND admits that he is a resident of the Commonwealth of Massachusetts and is without knowledge or information sufficient to form a belief as to the truths of the remaining averments of paragraph 11.

12. Defendant MARK S. GARLAND admits that he is a resident of the Commonwealth of Massachusetts and is without knowledge or information sufficient to form a belief as to the truths of the remaining averments of paragraph 11.

## FACTUAL BACKGROUND

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.

13-23. Defendant MARK S. is without knowledge or information sufficient to form a belief as to the truths paragraphs 13-23.

## DEFENDANTS' WRONGFUL CONDUCT

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.

24. Defendant, MARK S. GARLAND denies the allegations of Paragraph 24 and subparts (a) through g of Plaintiff DIRECTV's Complaint as they relate to him.

25. Defendant, MARK S. GARLAND denies the allegations of Paragraph 25 as they relate to him.

## EVIDENCE RECOVERED FROM RAIDS

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

26. Defendant, MARK S. GARLAND denies the allegations of Paragraph 26 as they relate to him.

27. Defendant, MARK S. GARLAND denies the allegations of Paragraph 27 as they relate to him.

28. Defendant, MARK S. GARLAND denies the allegations of Paragraph 28 and Subparts (a) through (b) as they relate to him.

29. Defendant, MARK S. GARLAND denies the allegations of Paragraph 29 as they relate to him.

30. Defendant, MARK S. GARLAND denies the allegations of Paragraph 30 and Subparts (a) through (b) as they relate to him.

31. Defendant, MARK S. GARLAND denies the allegations of Paragraph 31 as they relate to him.

32. Defendant, MARK S. GARLAND denies the allegations of Paragraph 32 as they relate to him.

## FIRST CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

33-37. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 33-37 as they relate to him.

## SECOND CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

38-42. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 38-42 as they relate to him.

## THIRD CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

43-47. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 43-47 as they relate to him.

## FOURTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

48-52. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 48-52 as they relate to him.

## FIIFTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

53-47. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 53-57 as they relate to him.

## SIXTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

58-62. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 58-62 as they relate to him.

## SEVENTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

63-68. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 63-68 as they relate to him.

## EIGHTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

69-72. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 69-72 as they relate to him.

## NINTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

73-76. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 73-76 as they relate to him.

## TENTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

77-80. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 77-80 as they relate to him.

## ELEVENTH CLAIM

Defendant, MARK S. GARLAND incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein

81-83. Defendant, MARK S. GARLAND denies the allegations of Paragraphs 81-83 as they relate to him.

## **PRAYER**

WHEREFORE, Defendant, MARK S. GARLAND, prays that this Court enter an Order dismissing Plaintiff, DIRECTV, INC.'S Complaint filed herein and for such other relief as may be equitable.

Dated this 6th day of July, 2004.    Respectfully submitted
Defendant, by his attorney,

*Ronald Passatempo*
Ronald P. Passatempo, Esquire
LAW OFFICES OF RONALD P. PASSATEMPOS
23 Forest Street
Medford, MA 02155
BBO #632508
Phone: 781-395-7678

## CERTIFICATE OF SERVICE

I, the undersigned Attorney at Law, certify that I served a copy of the attached Answer to Plaintiff's Complaint and Entry of Appearance upon the following:

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA  01060

By placing the same in an envelope, with each envelope addressed as is shown above, and by sealing said envelope and placing sufficient, proper and fully prepaid U.S. Postage on each and by depositing said documents and envelope in the United States Mail at Medford, Massachusetts, at or about the hour of 4:30 o'clock P.M. on the 7th day of July, 2004.

Ronald P. Passatempo, Esquire
23 Forest Street
Medford, MA 02155
BBO #632508
Phone: 781-395-7678