UNITED STATES DISTRICT COURT

District of Massachusetts (Eastern Division)

| | |
|---|---|
| DIRECTV, INC. | Case No.: 03-12412 JLT |
| Plaintiff, | JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D) |
| vs. | |
| Mark S. Garland, et al | |
| Defendant | |

Now come the Plaintiff, DIRECTV, and the Defendant, Mark S. Garland and pursuant to Local Rule 16.1(D), do hereby submit the following Joint Statement to the Honorable Court.

## I. PARTIES' CONFERENCE

John M. McLaughlin, Counsel for the Plaintiff and Ronald P. Passatempo, counsel for the Defendant, do hereby certify that they have teleconferenced, on the issues required be discussed pursuant to this rule.

## II. COMPLIANCE WITH COURT'S ORDER

Plaintiff's Counsel certifies that pursuant to this Court's Order, the Plaintiff has made all disclosures in accordance with L.R. D.Mass. 26.2 (A) and Plaintiff's Counsel has served upon the Defendant all sworn statements in accordance with L.R. D.Mass. 26. (B). Also, pursuant to this Court's Order, Plaintiff's Counsel has provided Defendant's Counsel with a list of persons which Plaintiff wishes to depose. See Plaintiff's list of proposed deponents attached hereto as exhibit A.

Defendant's Counsel certifies that Defendant does not have any disclosures to be made in accordance L.R. D.Mass. 26.2 (A). Also, pursuant to this Court's Order Defendant's Counsel adopts the Plaintiff's Counsel's list of persons which Plaintiff wishes to depose as his list of persons he wishes to depose.

### III. SETTLEMENT PROPOSAL

Counsel for the Defendant, does hereby certify that he received a Settlement Proposal from the Plaintiff, pursuant to Local rule 16.1(C). Counsel for the Plaintiff does hereby certify that he presented said Settlement Proposal to the Defendant. At this time the Defendant is not in a position to accept the Plaintiff's offer for settlement of the above matter

### IV. MEDIATION

Plaintiff and Defendant are amenable to submit this dispute to non-binding mediation before the Senior Judge or Magistrate pursuant to Local Rule 16.4(c)(4).

### V. JOINT STATEMENT AS TO DISCOVERY/MOTIONS

The following represents the Agreement of the Parties and is submitted to the Court such that the Court can utilize same in devising the Scheduling Order.

1. All discovery should be completed by February 15, 2005.
2. The depositions of non-expert witnesses shall not exceed seven (7) hours per witness unless leave of the Court has been obtained or a written stipulation of the parties has been entered into to exceed said seven (7) hour limitation. The parties may also utilize subpoena duces tecum in conjunction with these non-expert depositions.
3. The Parties propose that the written discovery shall include, but not limited to, interrogatories, requests for production, and requests for admission. Pursuant to Fed. R. Civ. P. 33, interrogatories shall be limited to 25 in number, including sub-parts. Pursuant

to Fed. R. Civ. P. 34, each person shall have the opportunity to submit two sets of requests for production of documents and things to the other party

4. The Plaintiff shall disclose to the Defendant all experts relied upon by the Plaintiff Defendant no later than January 15, 2005.

5. The Defendant shall disclose to the Plaintiff all experts relied upon by the Defendant no later than January 30, 2005.

6. Motions, including motions filed pursuant to Fed. R. Civ. P. 56 shall be filed no later than February 28, 2005.

7. On or about April 1, 2005 court will hold a hearing on any pending motions not already determined and/or on the status of the case.

## VI. CERTIFICATION

Counsel for the Plaintiff counsel for the Defendant and the Parties certify by their signatures below and all pursuant to Local Rue 16.1(D) that each Party and said Parties Counsel have conferred as to:

1. Establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and,

2. To consider the resolution of litigation to the use of alternative dispute resolution programs.

## VII. CONSENT TO APPEAR BEFORE A MAGISTRATE

The Plaintiff is amenable to Trial before a Magistrate; Defendant is amenable to Trial before a Magistrate, but reserves his right to Jury Trial.

Respectfully Submitted for the Plaintiff,
By Its Attorney,

10/27/04
_____
Date

_____
John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Telephone: (413) 586-0865
BBO No. 556328

_____
John Green, Duly Authorized Agent
for Plaintiff

Case 1:03-cv-12412-JLT     Document 9     Filed 10/27/2004     Page 5 of 6

Respectfully Submitted for the Defendant, By His Attorney,

10/27/04 *(signature)*
Attorney Ronald P. Passatempo
23 Forest Street, Suite 105
Medford, MA 02155
(781) 395-7678

The Defendant,

*(signature)*
Mark S. Garland