UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 03-12412-JLT |
| | * | |
| MARK S. GARLAND, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

November 2, 2004

TAURO, J.

After a conference on November 2, 2004, this court hereby orders that:

1. Plaintiff may depose the following individuals: (1) Mark S. Garland, (2) Julie Ann Garland, (3) Mark J. Keane, (4) Lee Darish, and (5) Andreas A. Tsitos;

2. The abovementioned depositions shall be completed by February 28, 2005;

3. The Parties shall disclose their experts by January 7, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for March 9, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge