UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 03-12412-JLT |
| | * | |
| MARK S. GARLAND, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

April 14, 2005

TAURO, J.

After the Further Conference held on April 14, 2005, this court hereby orders that:

1. Plaintiff may depose Richard Bowman by May 16, 2005; and

2. Trial will commence on June 9, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge