**UNITED STATES DISTRICT COURT**

**District of Massachusetts (Eastern Division)**

| | |
|---|---|
| **DIRECTV, INC.**         )<br>                                      )<br>       Plaintiff,              )<br>                                      )<br>   vs.                            )<br>                                      )<br>**Mark S. Garland, et al**   )<br>                                      )<br>       Defendant          )<br>                                      )<br>                                      ) | Case No.: **03-12412 JLT**<br><br>**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)** |

Dear Clerk:

Please, take note that this case has been settled. A Stipulation of Dismissal will be filed with the court within thirty days.

                                                  Respectfully Submitted for the Plaintiff,
                                                  By Its Attorney,

| | |
|---|---|
|  June 8, 2005    <br>Date |  /s/ John M. McLaughlin        <br>John M. McLaughlin<br>**Green, Miles, Lipton & Fitz-Gibbon**<br>77 Pleasant Street<br>P.O. Box 210<br>Northampton, MA 01061-0210<br>Telephone: (413) 586-0865<br>BBO No. 556328 |