## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| **DIRECTV, INC.** | ) **Case No.: 03-12412-JLT** |
| | ) |
| Plaintiff, | ) STIPULATION OF DISMISSAL WITHOUT |
| | ) PREJUDICE AS TO DEFENDANT |
| vs. | ) |
| | ) |
| **MARK GARLAND, et al** | ) |
| | ) |
| Defendants | ) |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Mark Garland, pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, and without prejudice, as to Defendant Mark Garland , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///

///

///

///



DATED: March 9, 2005.

Presented by:

By _____
John M. McLaughlin (BBO No. 556328)
Green, Miles, Lipton & Fitz-Gibbon,
77 Pleasant Street
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

Attorneys for Plaintiff DIRECTV

By: _____
Ronald Passatempo
23 Forest Street
Suite 105
Medford, MA 02155
781-395-7678

Attorney for the Defendant Mark
Garland, et al

IT IS SO ORDERED.
DATED: ___6/14/05___ 2005.

_____
United States District Court Judge